ACCEPTED
03-14-00386-CR
5974579
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/8/2015 10:19:13 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00386-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/8/2015 10:19:13 AM

JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS
# FOR THE THIRD DISTRICT OF TEXAS
# AT AUSTIN

## GAYLEEN S. TODD
Appellant

## V.

## THE STATE OF TEXAS
Appellee

## MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

RYAN PALMQUIST
Assistant County Attorney
Williamson County, Texas
State Bar No. 24073307
405 Martin Luther King, # 7
Georgetown, Texas 78626
PHONE: (512) 943-1111
FAX: (512) 943-1120

## NO. 03-14-00386-CR

| | | |
|---|---|---|
| GAYLEEN S. TODD | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | FOR THE THIRD DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

The State of Texas by and through its attorney, Dee Hobbs, Williamson County Attorney, files this Motion to Extend Time for Filing State's Brief, and in support of this motion, would respectfully show the following:

1. The State's current deadline for filing its State's Brief is July 17, 2015.

2. This is the State's second request for an extension of time.

3. The undersigned Assistant County Attorney has numerous matters on appeal in various stages in the Court of Appeals for the Third District of Texas. Furthermore, the undersigned Assistant County Attorney continues to be required in the courtroom to assist with dockets, to answer and research questions from law enforcement and other prosecutors, and represent applicants for protective orders.

For the above-mentioned reasons, the undersigned Assistant County Attorney has not had sufficient time to research the applicable law and prepare an adequate brief by the current deadline of July 17, 2015.

THEREFORE, the State requests that the Court grant this motion and extend the deadline for filing the brief of Appellee for thirty (30) days beyond the original deadline imposed.

SIGNED this the 8th day of July, 2015.

Respectfully submitted,

RYAN PALMQUIST
Assistant County Attorney
Williamson County, Texas
SBN: 24073307
405 Martin Luther King, # 7
Georgetown, Texas 78626
PHONE: (512) 943-1111
FAX: (512) 943-1120

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this State's Motion to Extend Time for Filing State's Brief was served upon Gayleen S. Todd, Appellant, by certified mail, on July 8, 2015.

RYAN PALMQUIST

## AFFIDAVIT OF VERIFICATION

BEFORE ME, Notary Public in and for the State and County aforesaid, on this day personally appeared the undersigned affiant who, after being duly sworn, deposes and says the following:

"My name is Ryan Palmquist. I am an Assistant County Attorney for Williamson County, Texas. I have read the above Motion to Extend Time for Filing State's Brief and swear that it is true base on my personal knowledge of the fact recited therein."

Ryan Palmquist
Assistant County Attorney
Williamson County, Texas

This instrument was sworn to and subscribed before me, this the 8th day of July, 2015.

NOTARY PUBLIC

WANDA IVICIC
Notary Public, State of Texas
My Commission Expires
DECEMBER 6, 2018